1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KATHARINE HOBIN PORTER, State Bar #173180
   Chief Labor Attorney
3  KATE KIMBERLIN, State Bar #261017
4  BORIS REZNIKOV, State Bar #261776
   Deputy City Attorneys
5  Fox Plaza
   1390 Market Street, Fifth Floor
6  San Francisco, California 94102-5408
   Telephone:    (415) 554-3847
7  E-Mail:       kate.kimberlin@sfcityatty.org
8                boris.reznikov@sfcityatty.org

9  Attorneys for Defendant
   CITY & COUNTY OF SAN FRANCISCO
10

11 LORRAINE KILLPACK
   P.O. Box 12072
12 Portland, OR 97232
   Telephone:    (415) 717-2445
13 E-Mail:       one4work2@yahoo.com

14 Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE KILLPACK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH,<br><br>　　　　Defendant. | Case No. 3:18-cv-04004-JST<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE AND RESET STATUS CONFERENCE** |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1. On July 3, 2018, Plaintiff Lorraine Killpack filed a civil complaint with this Court against Defendant City and County of San Francisco, including its constituent department, the Department of Public Health. (Dkt. No.1.) On October 10, 2018, Defendant filed its answer. (Dkt. No. 20.)

2. On December 12, 2018, the Court held an initial case management conference. Based on the parties' request, the Court set the trial date for June 1, 2020. (Dkt. No. 25.) The Court also referred the parties to a Court-sponsored mediation, which was to be completed by April 30, 2019. The Court scheduled a further case management conference for May 15, 2019, with updated case management statements due one week before. (Dkt. No. 25.)

3. On January 28, 2019, the Court appointed Peter Sherwood, Esq. to be the mediator. (Dkt. No. 32.) On February 25, 2019, the parties participated in a pre-mediation phone conference with the mediator. (Dkt. No. 34.) Based on the parties' and mediator's calendar and the need to do additional discovery before the mediation, the mediator scheduled the parties' mediation for June 12.

4. Accordingly, the parties' mediation date is past the Court's current deadline to complete mediation. The parties believe that there is good cause to extend the mediation deadline from April 30, 2019 to August 31, 2019 to accommodate the above mediation in June (and the potential of having to delay that medition into July or August, if needed), which will give the parties an opportunity to participate in the ADR process in good faith. The parties also seek to reset the status conference, currently scheduled for May 15, 2019, so it takes place after the mediation deadline on September 4, 2019, or a later date that is convenient to the Court.

**IT IS SO STIPULATED.**

Dated: March 18, 2019

/s/ Boris Reznikov
By: BORIS REZNIKOV
Attorneys for Defendant

Dated: March 18, 2019

/s/ Lorraine Killpack
By: LORRAINE KILLPACK
Plaintiff IN PRO PER

## [PROPOSED] ORDER

It is hereby ordered that, pursuant to the parties' stipulation, the deadline to extend the mediation is extended from April 30, 2019 to August 31, 2019. The further case management conference currently scheduled for May 15, 2019 is continued to September 4, 2019, or a later date convenient to the Court, and updated case management statements must be filed one week before the conference.

**IT IS SO ORDERED.**

Dated: March 19, 2019



HONORABLE JOHN S. TIGAR
United States District Judge